1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail:  young_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff CARMEL NORWOOD
6

7

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12 | CARMEL NORWOOD,                    ) Case No.:  CV 07-6946 MLG
                                        )
13 |         Plaintiff,                 ) [PROPOSED] ORDER AWARDING
                                        ) EQUAL ACCESS TO JUSTICE ACT
14 |    vs.                             ) ATTORNEY FEES PURSUANT TO
                                        ) 28 U.S.C. § 2412(d)
15 | MICHAEL J. ASTRUE,                 )
   | Commissioner of Social Security,   )
16 |                                    )
   |         Defendant.                 )
17 |_____)

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20  Young Cho, as Plaintiff's assignee and subject to the reservation of rights, the

21  amount of four thousand one hundred dollars ($4,100.00), as authorized by 28

22  U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

23  DATE: November 12, 2008

24                          MARC L. GOLDMAN
                            _____
                            THE HONORABLE MARC L. GOLDMAN
25                          UNITED STATES MAGISTRATE JUDGE

26

-1-